# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE COOK,            ) | |
|                            ) | |
|         Plaintiff(s),      ) | 2:10-cv-0748-RLH-RJJ |
|                            ) | |
|   vs.                      ) | **O R D E R** |
|                            ) | |
| TELEDYNE WAH CHANG,        ) | |
|                            ) | |
|         Defendant(s).      ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#8, filed May 25, 2011), entered by the Honorable Robert J. Johnston, regarding Plaintiff's wish to dismiss the case. No objection was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#8, entered May 25, 2011) is ACCEPTED and ADOPTED, and the case is dismissed with prejudice.

Dated: June 23, 2011

_____
ROGER L. HUNT
U.S. District Judge